# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| SUE ELLEN JONES-DOWD, on behalf of herself and all others similarly situated<br>*Plaintiff*<br>v.<br>TENDER LOVING FAMILY CARE INC. et al<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.   17-CV-6726<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   the case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford   on a motion for   settlement approval and dismissal of claims with prejudice.

Date:   Sep 28, 2018

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*